IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SYNERGY SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-569 C |
| | ) | (Senior Judge Robert H. Hodges, Jr.) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

## DISCLOSURE STATEMENT OF SANTA FE PROTECTIVE SERVICES

Pursuant to RCFC 7.1 Prospective Intetvenor, Santa Fe Protective Services (SFPS) discloses that it is a closely-held New Mexico corporation whose stock is not publicly traded, that it has no parent corporation, and that there is no publicly-held corporation which owns ten percent or more of its stock.

Respectfully submitted,

BARNETT LAW FIRM, P.A

/s/ David A. Garcia

BY:_____
     David A. Garcia
1905 Wyoming Blvd. NE
Albuquerque, NM 87112
(505) 275-3200

New Mexico State Bar Number 4722

Attorney for Prospective Intervenor,
  Santa Fe Protective Services, Inc

## Certificate of Service

I hereby certify, under penalty of perjury, that on Friday, October 9, 2009, a true and complete copy of this Disclosure Statement of Santa Fe Protective Services was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Scott A. MacGriff, Esq.
Electronic Mail: Scott.MacGriff@usdoj.gov

Cyrus E. Phillips IV, Esq.
Electronic Mail: lawyer@procurement-lawyer.com

/s/ David A. Garcia

David A. Garcia